NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R. 1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-1183-15T1

MICHAEL JACOB,

 Plaintiff-Appellant,

v.

CAMDEN COUNTY and
COURIER POST,

 Defendants-Respondents.

__________________________________________

 Submitted October 30, 2017 – Decided November 15, 2017

 Before Judges Messano, O'Connor and Vernoia.

 On appeal from Superior Court of New Jersey,
 Law Division, Camden County, Docket No. L-
 3983-15.

 Alterman & Associates, LLC, attorneys for
 appellant (Stuart J. Alterman, of counsel;
 Matthew R. Dempsky, on the brief).

 Christopher A. Orlando, County Counsel,
 attorney for respondent Camden County
 (Howard L. Goldberg, First Assistant County
 Counsel, on the brief).

 Gibbons PC, attorneys for respondent
 Courier-Post (Thomas J. Cafferty, of counsel
 and on the brief; Nomi I. Lowy, on the
 brief).
PER CURIAM

 Prior to oral argument we were advised this matter settled

and the parties stipulated to the dismissal of this appeal.

Accordingly, the appeal is dismissed with prejudice and without

costs.

 2 A-1183-15T1